MYERS v. PENNSYLVANIA SALT MANUF'G CO. (Circuit Court of Appeals, Eighth Circuit. October 11, 1897.) No. 953. Appeal from the Circuit

Court of the United States for the Eastern District of Missouri. J. M. Holmes, for appellant. George W. Lubke, for appellee. Dismissed per stipulation, a mandate and attorney's fee for appellee being waived. See 79 Fed. 87.